JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL MEZA NOYOLA, <br><br> Petitioner, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY et al., <br><br> Respondents. | Case No. SACV 15-00544-JGB (KK) <br><br> **JUDGMENT** |

In accordance with the Memorandum and Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is summarily dismissed with prejudice.

DATED: June 8, 2015

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE